UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0071--CR (JWS)
"USA V RICHARD J. VAN TRUMP"
DEF 1.1 VAN TRUMP, RICHARD J.

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  07/28/05
              Closed:  NO
   No. of Defendants:  1
      MJ Case Number:
                 AKA:
     Location status:  Released on Bond
          Trial date:
          Terminated:  NO
    Needs interpreter: NO
    Counsel of record: Michael D. Dieni
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: David A. Nesbett
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 VAN TRUMP, RICHARD J.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Pending |
| 1 -   1 IND | 2 | 18:924(d)(1) CRIMINAL FORFEITURE (F) | Pending |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0071--CR (JWS)
                                "USA V RICHARD J. VAN TRUMP"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  07/28/05
            Closed:  NO
No. of Defendants:  1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/28/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 07/29/05 | [Re: DEF 1] MDJ Grand Jury Minutes re: Indt secret; war of arrest to be iss; no bail set. |
| NOTE - 1 | 08/03/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 8/3/05 @ Juneau. |
| NOTE - 2 | 08/03/05 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 3 - 1 | 08/04/05 | [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] re: Arraignment on Indictment (held 8/4/05). FPD apptd; Def pled not guilty to Cts I, II; detained; det hrg set for 8/8/05, 1:30 p.m. at Juneau; PTMs due 8/25/05; trial set for 10/13/05 at Anchorage. cc: USA, M. Dieni, USM, USPO, MJ Roberts, DJ Sedwick |
| 4 - 1 | 08/04/05 | [Re: DEF 1] PMP Order of Detention Pending detention Hearing set for 8/8/05, 1:30 p.m. at Juneau. cc: USA, M. Dieni, USM, USPO, MJ Roberts, DJ Sedwick |
| 5 - 1 | 08/04/05 | [Re: DEF 1] PMP Order regarding preparation for trial w/parties to meet by 8/11/05, PTMs due 8/25/05. cc: USA, M. Dieni |
| 6 - 1 | 08/05/05 | [Re: DEF 1] JWS Minute Order setting TBJ on 10/13/05 @ 9:00 a.m. & FPTC on 10/13/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 7 - 1 | 08/08/05 | [Re: DEF 1] PMP Amended Court Minutes [ECR: Keitha Kolvig] re: arraignment on indictment held 8/4/05. TBJ set for 10/13/05, 9:00 a.m. at Anchorage. cc: USA, M. Dieni, USM, USPO, MJ Roberts |
| 8 - 1 | 08/08/05 | [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] re det hrg (held 8/8/05):  def released; order setting condition of release filed; unsecured appearance bond $5,000; release order filed. cc: USA, M. Dieni, USM, USPO, Judge Roberts |
| 9 - 1 | 08/08/05 | [Re: DEF 1] PLF 1 Appearance bond $5,000 unsecured. |
| 10 - 1 | 08/08/05 | [Re: DEF 1] Order setting conditions of release w/def released O/R. cc: USA, M. Dieni, USM, USPO, MJ Roberts |
| 11 - 1 | 08/08/05 | [Re: DEF 1] PMP cy of Order of Release. cc: USA, M. Dieni, USM, USPO, MJ Roberts |
| 12 - 1 | 08/08/05 | [Re: DEF 1] Return of WOA executed on 8/3/05. |
| 13 - 1 | 08/10/05 | DEF 1 Attorney Substitution of K. McCoy (FPD). |
| 14 - 1 | 08/18/05 | [Re: DEF 1] PLF 1 Discovery Conf Certificate. |
| 15 - 1 | 09/13/05 | DEF 1 motion on shortened time to accept request to change place of trial as late-filed w/att aff & prop mot. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0071--CR (JWS)
"USA V RICHARD J. VAN TRUMP"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 16 - | 1 | 09/13/05 | [Re: DEF 1] JDR Order granting motion on shortened time to accept request to change place of trial as late-file (15-1). cc: USA, FPD |
| 17 - | 1 | 09/13/05 | DEF 1 motion to change the place of trial from Anchorage to Ketchikan w/att memo & exh. |
| 18 - | 1 | 09/13/05 | {SEALED} |
| 19 - | 1 | 09/16/05 | {SEALED} |
| 20 - | 1 | 09/19/05 | DEF 1 Attorney Appearance of M. Dieni (FPD). |
| 21 - | 1 | 09/21/05 | [Re: DEF 1] JWS Minute Order referring mot to change place of trial from Anchorage to Ketchikan @ dkt 17 to Judge Holland for determination. cc: USA, FPD, MJ Roberts, Judge Holland |
| 22 - | 1 | 09/21/05 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time for continuance until 9/22/05 to respond to defendant's motion to change place of trial. |
| 23 - | 1 | 09/21/05 | [Re: DEF 1] HRH Order granting unoppo mot on shortened time for continuance until 9/22/05 to respond to def's mot to change place of trial (22-1). cc: USA, FPD |
| 24 - | 1 | 09/22/05 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to change the place of trial from Anchorge to Ketchikan (17-1). |
| 25 - | 1 | 09/27/05 | [Re: DEF 1] HRH Order granting mot to change the place of trial from Anchorge to Ketchikan (17-1); extant dates for FPTC & TBJ vacated; FPTC set 10/26/05 @ 8:30 a.m. followed by TBJ @ 9:00 a.m. on 10/26/05 in Ketchikan, AK.  cc: USA, FPD, USM, USPO, Divisional Deputy, ECR, JC, MJ Roberts |
| 26 - | 1 | 10/03/05 | {SEALED} |
| 27 - | 1 | 10/11/05 | [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 17 from 9/13/05 to 9/27/05 (15 days; under code E). |
| 28 - | 1 | 10/11/05 | [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 18 from 9/13/05 to 10/3/05 (21 days; under code E). |
| 29 - | 1 | 10/13/05 | DEF 1 Unopposed motion to continue trial for 2 weeks w/att aff. |
| 30 - | 1 | 10/21/05 | [Re: DEF 1] JWS Order granting unoppo mot to continue trial for 2 weeks (29-1); 10/26/05 FPTC & TBJ vacated & reset to 11/9/05 @ 8:30 a.m. & 9:00 a.m., respectively, @ Ketchikan, AK. cc: USA, FPD, USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy |
| 31 - | 1 | 10/24/05 | [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 29 to cont trial from 10/13/05 to 10/21/05 (9 days; code E). |
| 32 - | 1 | 11/02/05 | DEF 1 motion on shortened time for change of plea hearing in Juneau. |
| 33 - | 1 | 11/03/05 | [Re: DEF 1] JWS Minute Order granting mot on shortened time for change of plea hrg in Juneau (32-1); PCOP hrg set 11/7/05 @ 2:00 p.m. @ Juneau, AK; vacating 11/9/05 FPTC & TBJ @ Ketchikan, AK. cc: USA, FPD, USM, USPO, MJ Roberts, MJ Pallenberg, JC, Divisional Deputy, ECR |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0071--CR (JWS)
                              "USA V RICHARD J. VAN TRUMP"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 11/03/05 | [Re: DEF 1] PLF 1 motion on shortened time to reset time of proposed change of plea hearing. |
| 35 - 1 | 11/04/05 | [Re: DEF 1] JWS Minute Order denying mot on shortened time to reset time of PCOP hrg (34-1). cc: USA, FPD, USM, USPO |
| 36 - 1 | 11/07/05 | [Re: DEF 1] JWS Court Minutes [ECR: Susan Evans] for PCOP hrg (held 11/7/05): DEF pled guilty; IOS set 2/1/06, 10:00 a.m. at Juneau; cond of release to remain as prev set. cc: USA, M. Dieni, USM, PTS |