Dear Judge Sedwick,

I am the general manager of the Alaskan Hotel, and one of Richard van Trump's co-workers. He has ever been a diligent assistant to the Alaskan, also undertaking the thankless job of managing the front door during bar hours on busy nights. I came to know the aforementioned as I returned to work there in the Spring of 2004. Mr. van Trump's greatest asset has always been his loyalty. He takes our hotel seriously the way that a good shipmate calls makes his ship home, and by his own free will has remained faithful to the Alaskan, even when the doing so was not convenient for him.

I also note that Mr. van Trump has never acted out in violence nor expressed excessive anger in all the time that I have known him. This is rare for someone who has worked as doorman, as the position generally tends to get one "fired up" or unduly conflictive. Such behavior would not be appropriate in our establishment, and for that reason the bartenders fancied to have him work as doorman when he worked here.

respectfully,

Joshua Adams
167 So. Franklin
Juneau, Ak 99802