


**Juneau Alaska's Professional Whale Watching and Wildlife Tours**

# ORCA ENTERPRISES

PO Box 35431
Juneau, Alaska 99803
(907) 586-6999
Toll Free 1-888-733-ORCA (6722)
Fax (907) 586-6929
E-mail whales@ptialaska.net
http://www.alaskawhalewatching.com

November 7, 2005

To Whom It May Concern:

My name is Carol Pitts and I am a volunteer for the Make-A-Wish foundation. I am involved in wish granting, wish enhancement, wish coordination, and wish fulfillment. I served as the only volunteer in Juneau for several years; as more volunteers joined the organization I served as the lead volunteer. I have been involved with Make-A-Wish for approximately 9 years.

Richard Van Trump, a/k/a Tiny, hosted an auction at the Alaskan Hotel in Juneau, Alaska to celebrate the Alaskan Hotel's 90th birthday. As a local representative of Make-A-Wish, I was contacted by Tiny to coordinate this charitable event to enable it to be accepted as a fundraising promotion. The Approval, Compliance & Licensing Agreement was signed 9/12/2003 to authorize it as an approved fundraiser for Make-A-Wish. I received $2,884.26 on behalf of Make-A-Wish. I forwarded the donations to the Make-A-Wish office in Anchorage.

Tiny is known for his philanthropic contributions to the community and on the behalf of the Make-A-Wish foundation, we thank him for his efforts and selflessness in furthering the wish of a child.

Sincerely,

Carol Pitts
CFO/CEO