**Make-A-Wish Foundation®**
3201 C Street, Suite 610
Anchorage, Alaska 99503
907 258-9474
877 510-9474
907 258-9475 fax
www.northwestwishes.org



October 20, 2003

Bill J. Van Trump
c/o Alaskan Hotel & Bar
167 South Franklin Street
Juneau, AK 99801

Dear Tiny,

On behalf of the Make-A-Wish Foundation®, thank you for your hard work organizing the 90th Birthday Party for the Alaska Hotel, a fundraiser for the Make-A-Wish Foundation and the children we serve in Alaska.

Your amazing support helps us focus our funding on the cost of making dreams come true for some very sweet Alaskan kids who are battling life-threatening conditions. Something to dream about . . . something to look forward to . . . a chance to spend time together as a family and the transforming power of love and dreams – these are a few of the key ingredients that make each wish a majical experience.

Today, there are 20 children all over Alaska who are waiting to have their wishes granted. Some of these in Southeast Alaska are:

- A five year-old girl in Juneau wishes to go to Disneyland
- A seven year-old boy in Sitka wishes for his own Science Lab
- A sixteen year-old boy in Haines wishes for a Royal Caribbean Cruise

Tiny, we are deeply grateful for your exceedingly generous donation of time to raise nearly $3,000 for the children and families we serve in Alaska. You're incredible!

Warm regards,

*[signature]*

Michele Miller
Development Manager

P.S. I have some pins ordered but have not received them yet. As soon as I do, I'll forward them on to you at this address.

*Make-A-Wish Foundation® of Alaska, Montana, Northern Idaho & Washington*

**Raffle for a cause:** Richard "Tiny" Van Trump... at the bar. The tickets are for a Make-A-Wish Foundation fund-raiser being held...

# THE Alaskan 90th birthday celebrates

*Hotel and bar marks 90 years with a party and fund-raising auction for Make-A-Wish Foundation*

By CHRISTINE SCHMID
Juneau Empire • 2003

The Alaskan Hotel and Bar is celebrating its 90th birthday Friday, Sept. 12, with a bottle of Dom Perignon.

But instead of popping the cork and sharing the expensive champagne with the clientele, the downtown bar is going to auction off the bottle and give the proceeds to the Make-A-Wish Foundation.

The celebration and fund-raiser is the brainchild of the hotel's doorman Richard Van Trump Jr., who goes by the nickname "Tiny."

"This is its 90th anniversary - this is a historical thing, and I got excited about it," Van Trump said.

The Alaskan was founded by three miners who struck it rich on the Canadian side of the Coast Mountains. When the proprietors held the grand opening celebration Sept. 16, 1913, they tied the keys to the building to a helium-filled balloon and declared that the hotel never would close.

Except for a few hours in the 1970s when the building was condemned, the original proprietors' pledge has held, said Bettye Adams, who owns the hotel with her husband, Mike. The couple bought the hotel in 1977 with Jerry Buckley, who has since gotten out of the business.

Van Trump came up with the idea for the fund-raiser when a tourist gave him a bottle of Dom Perignon last week, he said.

"I don't know who she was. She just walked in and gave it to me," he said.

He decided to auction the bottle at the bar and give the profits to the Make-A-Wish Foundation in the name of Bob Hirsh, a Juneau boy who has leukemia and saw a Los Angeles Lakers basketball game with the help of the foundation. Hirsh's mother, Sue Hirsh, is close friends with Adams.

But Van Trump didn't stop with the bottle of champagne. Last week, he solicited local businesses for more items to auction or raffle.

"I just started out walking around with my notebook, and I started just asking," he said. "Everybody has been wonderful. It's been such a cool thing."

Among the raffle and auction items are helicopter and float-plane trips, whale-watching expeditions, dinners at local restaurants and gift certificates to local stores. Van Trump began selling raffle tickets for $5 each while working the door at the bar last weekend, he said.

The party and fund-raiser will begin at about 9 p.m. Friday at the Alaskan. Chemistry, the Los Angeles-area band that has been playing at the bar for the past month, will perform its last local show this weekend.

"It's going to be a party," Van Trump said.

• Christine Schmid can be reached at cschmid@juneauempire.com.

## Smoking ban has hurt elsewhere

I have been following the debate about the proposed smoking ban in bars with great interest. I am the doorman at the Alaskan Hotel and Bar and I am a smoker. I am fervently against the smoking ban. I believe it will hurt business for the local bars. I have seen it elsewhere.

One of the most insane arguments for the ban is the comparison to the airline industry. It is a perfect example of apples and oranges. If you're going to travel any long distance, flying is a must. They are not going to lose business due to a smoking ban because folks are going to fly regardless. It's just not an optional thing. The bar industry is different in that people have the option of going out for the night versus having friends come over or staying in to do their drinking and partying.

While I can't speak for the management and owners of the Alaskan, I can say that our method of trying to respect non-smokers is two smoke eaters in the bar. Granted they can't remove all second-hand smoke, but they do make quite a dent in it.

If the ban is implemented and enforced, there will be folks sitting outside smoking. This brings on another problem. There is a ban on smoking within 10 feet of a door to a business. To comply with both would put people in the street to smoke. Add to the litter problem of cigarette butts all over the street and it gets even uglier.

A friend of mine who is a bartender at another bar downtown has proposed an experiment to illustrate this. He suggests that all the bars in the downtown area pick a night and, at a predetermined time, have all the smokers go outside and, following the 10-foot ban, show what a mess it would be.

Alaska is a state that is very protective of its freedoms and privacy. For this coalition to claim to speak for the staff of bars and – more specifically, me – is an invasion of my right to free speech. Sure they have the right to their say, but not in saying they speak for me. I would have to agree with one of your past letter writers who questioned whether these folks even go to bars now or if they would begin to patronize our bars in the event of such a ban.

**Richard John "Tiny" Van Trump II**
**Doorman/desk clerk, Alaskan Hotel and Bar**