## VanTrump, Richard J. 04/10/1963

1 of 2

Office/Outpatient Visit
**Visit Date:** Tue, Nov 22, 2005 11:27 am
**Provider:** John Bursell, MD (Supervisor: John Bursell, MD)
**Location:** Juneau Sports Medicine & Rehabilitation

Electronically signed by provider on 01/03/2006 Printed on 01/17/2006 at 11:33 am.

## SUBJECTIVE:

### CC:
Mr. VanTrump is a 42-year-old male. Medical problems to be addressed today include right below knee amputation.

### HPI:
Mr. VanTrump is approximately 7 weeks out from his right below knee amputation. He has followed-up with Dr. Bozarth who is pleased with the healing of the wound. There was a stitch that recently spit out, and that area is open but has been healing as well. He has been ambulating with crutches, and will be seeing Elizabeth Einsett for prosthesis fitting. He has some hypersensitivity of the distal flap, and has been doing self massage of the area. There is also phantom pain which he describes as an itch on the ankle and an intermittent stabbing pain at the base of the toes. He is treated with Effexor which is for a combination of depression and pain control. He feels that this helps at times with these. Dr. Bozarth has prescribed Neurontin, but he has not filled it yet. He is controlling his diabetes with blood sugar levels as low as 60 and up to 170-180 after meals. He has been wrapping the stump, but did not have time to do that this morning.

Richard reports that he has been having problems with intermittent dizziness. This occurs primarily with head movements - often with just turning his head to the side. There is occasional dizziness with standing.

### ROS:
CONSTITUTIONAL: Positive for fatigue. Negative for chills, fever, night sweats, unintentional weight gain or unintentional weight loss.
EYES: Positive for blurred vision. Negative for eye drainage, eye pain or photophobia.
E/N/T: Positive for hoarseness. Negative for ear pain, diminished hearing, tinnitus, frequent epistaxis, use of dentures, sore throat, sore tongue, thrush or tooth pain.
CARDIOVASCULAR: Positive for dizziness. Negative for chest pain, claudication, orthopnea, palpitations, paroxysmal nocturnal dyspnea, pedal edema, tachycardia or varicosities.
RESPIRATORY: Negative for recent cough, chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for nausea and vomiting. Negative for abdominal pain, acid reflux symptoms, anorexia, abdominal bloating, dysphagia, clay-colored stools, constipation, diarrhea, heartburn, hematemesis, hematochezia, hemorrhoids or melena.
GENITOURINARY: Positive for polyuria. Negative for dysuria, lesions on external genitalia, hematuria, high risk sexual behavior, unprotected intercourse, history of recurrent UTIs, impotence, nocturia, urinary incontinence or change in urine stream.
MUSCULOSKELETAL: Positive for back pain, joint stiffness and limb pain. Negative for arthralgias or myalgias.
INTEGUMENTARY: Negative for acne, atypical mole(s), pruritis and rash.
NEUROLOGICAL: Positive for dizziness, paresthesias and tremor. Negative for ataxia, fainting, headaches, memory loss, seizures, vertigo or weakness.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding, history of blood transfusion and lymphadenopathy.
ENDOCRINE: Positive for polydipsia. Negative for hair loss, temperature intolerances, infertility or polyphagia.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies, perennial allergies, frequent URI-type illnesses, risk factors for HIV and urticaria.
PSYCHIATRIC: Positive for depression, feelings of stress and sleep disturbance. Negative for anxiety, personality change, difficulty concentrating or suicidal thoughts.

## OBJECTIVE:

### Exams:
PHYSICAL EXAM:
GENERAL: well developed and nourished; appropriately groomed; in no apparent distress;
MUSCULOSKELETAL: There is a right transbitial amputation. The surgical site has healed nicely with the exception of a 1 cm open area on the medial aspect. There is diffuse swelling of the distal stump.
NEUROLOGIC: mental status: alert and oriented x 3;

CPT ® is a registered trademark of the American Medical Association.

Exhibit C (Dr. Bursell's Records), Page 1 of 3

**VanTrump, Richard J.** 04/10/1963

Office/Outpatient Visit
**Visit Date:** Tue, Nov 22, 2005 11:27 am
**Provider:** John Bursell, MD (Supervisor: John Bursell, MD)
**Location:** Juneau Sports Medicine & Rehabilitation

Electronically signed by provider on 01/03/2006 Printed on 01/17/2006 at 11:33 am.

## ASSESSMENT:

V49.75    Amputation below knee Mr. VanTrump is doing well overall after his right transtibial amputation.
780.4      Dizziness

## PLAN:

**Amputation below knee** Follow-up after receiving initial prosthesis.

Orders:
  99213  Office/outpatient visit; established patient, level 3

CPT® is a registered trademark of the American Medical Association.

Exhibit C (Dr. Bursell's Records), Page 2 of 3

**VanTrump, Richard J.** 04/10/1963                                1 of 1
Office/Outpatient Visit
**Visit Date:** Thu, Jan 12, 2006 01:10 pm
**Provider:** John Bursell, MD (Supervisor: John Bursell, MD)
**Location:** Juneau Sports Medicine & Rehabilitation

Electronically signed by provider on 01/12/2006 Printed on 01/17/2006 at 11:33 am.

# SUBJECTIVE:

### CC:
Mr. VanTrump is a 42-year-old male. Medical problems to be addressed today include right transtibial amputation.

### HPI:
Mr. VanTrump comes in today regarding his right transtibial amputation and rehabilitation program. He received his prosthesis yesterday. He will be working on walking with rehabilitation with PT - not walking on his own for about 4 weeks. He did try walking yesterday, and found it to be awkward. He is just getting ready to start with physical therapy, but doesn't have a prescription for that.

# OBJECTIVE:

### Exams:
PHYSICAL EXAM:
GENERAL:  well developed and nourished; appropriately groomed; in no apparent distress;
MUSCULOSKELETAL: Transtibial amputation stump is examined. The incision has healed. There is a superficial abrasion on the anterior distal aspect of the stump which he states occurred last night on his blanket while in bed. There is no drainage or erythema.
NEUROLOGIC: mental status: alert and oriented x 3;
PSYCHIATRIC:  appropriate affect and demeanor; normal speech pattern; grossly normal memory;

# ASSESSMENT:

V49.75    Amputation below knee The stump is shaping nicely. He will keep an eye on the superficial abrasion. Will write for physical therapy to start work on gait training and strengthening.

# PLAN:

**Amputation below knee**

FOLLOW-UP: Schedule a follow-up appointment in 4 weeks.

### Orders:
99213  Office/outpatient visit; established patient, level 3

CPT @ is a registered trademark of the American Medical Association.

Exhibit C (Dr. Bursell's Records), Page 3 of 3