**SouthEast Alaska**
**Prosthetics and Orthotics, LLC**
Box 7561
Ketchikan, AK 99901
907.254.1276

17 October 2005

Patient: Richard VanTrump
DOB: 4.10.1963

The intent of this letter is to explain the process of initial and definitive prosthetic fitting and to give an estimate of the timeline involved in Mr. VanTrump's rehabilitation as it pertains to his prosthetic fitting and training.
Richard VanTrump was evaluated in my clinic on 10 October 2005. He is a right transtibial or below knee amputee. His amputation was a result of a non healing ulceration of his right foot that was present for about eighteen months and then became gangrenous. His difficulty healing the ulceration is related to peripheral vascular disease secondary to his diabetes.
Currently he has staples closing the surgical wound on his right residual limb and he is loosely wrapping his residual limb. His physician will remove these once adequate healing is achieved. After staple removal Richard will begin desensitization and shaping of his residuum with massage and compressive wrapping of his residual limb. After his healthcare team is comfortable that the incision area is healed to full thickness he will be measured for an initial prosthesis to use for approximately one year. During the first four to six months with his temporary prosthesis he will require physical therapy for gait training with his prosthesis several times a week. He will also see the Prosthetist for frequent, possibly weekly, adjustments to the prosthesis to accommodate expected changes to his residual limb as well as accommodate his improvements in strength and balance as his physical therapy progresses. Because of his peripheral vascular history and diabetes his rehabilitation may move slower than others. Frequent checks on his progress and skin health will be essential to successful rehabilitation. The later part of his initial year the physical therapy appointments will most likely decrease in frequency with the Prosthetist maintaining a minimum of monthly appointments. Baring any setbacks, after about one year he will begin the process of being fit for a permanent prosthesis. This prosthesis is less adjustable than the initial prosthesis as it is expected that the residual limb is now shaped and stable in volume. This prosthesis is also built to withstand the long term goals of the patient. The process for molding, aligning and fabricating a definitive prosthesis can take anywhere from a month to four months. After fitting of his permanent prosthesis he will require ongoing care that I expect to average once every other month for another eight to twelve months.

*[signature]*

Elizabeth Einset, CPO (Certified Prosthetist Orthotist)