Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD JOHN VAN TRUMP,<br><br>　　　　　Defendant. | Case No. A05-0071 CR (JWS)<br><br>NOTICE OF DEFENDANT'S SUPPLEMENTAL EXHIBITS E AND F IN SUPPORT OF SENTENCING MEMORANDUM, *filed on shortened time* |

　　　　Defendant, Richard John Van Trump, by and through counsel Michael Dieni, Assistant Federal Defender, hereby files Exhibits E and F to Defendant's Sentencing Memorandum, filed with this court on January 25, 2006, at Docket No. 38, in aid of the sentencing set for February 1, 2006.

DATED this 27th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

and hand delivered on January 30, 2006, on:

U.S. Probation & Pretrial Service

/s/ Michael D. Dieni