

**JOHN P. BURSELL, M.D.**
*Physical Medicine & Rehabilitation*
3220 Hospital Drive, Suite 201
Juneau, AK 99801

Telephone: (907) 586-9881
Fax: (907) 586-9883

Michael Dieni
Assistant Federal Defender
Fax: (907) 646-3480

Re: Richard Van Trump

Mr. Dieni:                                          1-24-06

You have requested a letter outlining the expected rehabilitation program for Mr. Van Trump regarding his right below knee amputation and lower extremity prosthesis. Mr. Van Trump is expected to start wearing his prosthesis in physical therapy in two weeks. He will then start an outpatient physical therapy program with gait training 2-3 times per week. This outpatient program is expected to last 6-12 weeks, and during that time should decrease in frequency as he becomes more independent with ambulation and home exercises. He will likely need to be fitted for a new prosthetic socket in 3-9 months or between 6 and 12 month after his amputation.

Sincerely,

John P Bursell MD