# FRONT STREET CLINIC

225 Front Street, Suite 202, Juneau, Alaska 99801
(907) 463-4201 vox          (907) 463-6617 fax

01/24/06

Re:    Richard John Van Trump
SSN:   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
DOB:   04/10/63

To Whom It May Concern:

This letter is written at the request of the above client.

According to our records, our first encounter was on 03/25/04 with his concerns over diabetes and inability to afford health care or medication. The patient was stabilized over a brief period of time on insulin and given supplies and instructions to maintain his blood sugars. By 12/21/04 his feet began to have decreased sensation and it was found he was not consistent with his insulin regimen causing fluctuating blood sugars. By 01/15/05, he began to have ulcers on his feet and ankles with intermittent periods of running out of insulin. An injury performing community volunteer work injured his right great toenail resulting in a slow healing wound. It was also discovered at this time that he had difficulty finding shoes to fit his feet. He wears a size 16 shoe but could typically only find 13's locally. In spite of donating correctly sized shoes to this patient, this contributed to what eventually resulted in a right below the knee amputation due to vascular micro necrosis of the right great toe. He has since been relegated to a wheelchair and some ambulation with crutches until his stump heals well enough to be appropriate for fitting a prosthesis. However, at this time, he does not have the resources to purchase the prosthesis or the ongoing medical care, physical or occupational therapy to complete this process. It is not unusual for diabetic amputees to have repeat amputations of other limbs.

As far as the prognosis of his diabetes is concerned, I would class Richard at a moderate to advanced diabetic stage currently. He will always require close medical supervision to limit any further deterioration in his health. He will require blood sugar checks 3 to 4 times a day with subsequent insulin injections. Simple injuries can be life threatening. For instance, if he should bump a toe in the night or cut his finger, his wound will take longer to heal and will be much more likely to become infected compared to the average person. This is due to irreversible microvascular damage to his capillaries in his blood vessels. It is for this reason that he is highly susceptible to further amputations even with simple minor injuries. The level of diabetes Mr. Van Trump has at this point in time is not a reversible disease process. The best we can hope for is to keep him at his current level but he will probably decline. This would likely include an additional amputation, renal failure (dialysis), vision failure, and heart disease. It is highly likely that complications from diabetes will eventually be the cause of this gentleman's eventual premature demise.

Exhibit F (Letter from Van Roper, FNP-C) Page 1 of 2

I hope this answers any questions that you have had. Should you have any further questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Van Roper, FNP-C