MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  **RICHARD VAN TRUMP**   CASE NO. **3:05-cr-00071 JWS**
Defendant: **X** Present  **X** On Bond

BEFORE THE HONORABLE:   **JOHN W. SEDWICK, U.S. DISTRICT JUDGE**

DEPUTY CLERK/RECORDER:   **SUSAN EVANS**

UNITED STATES' ATTORNEY: **DAVID A. NESBETT**

DEFENDANT'S ATTORNEY:   **MICHAEL D. DIENI**

U.S.P.O.:           **BARBARA NICHOLS***
 *** Telephonic Appearance**

PROCEEDINGS: IMPOSITION OF SENTENCE   Held: FEBRUARY 1, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:01 a.m. court convened.

**X** Notice of Appeal form given to defendant.

**X** Court and counsel heard re: Imposition of Sentence

**X** Witness, STEPHEN VAN ROPER, sworn and testified on behalf of
   the Defendant.

**X** Witness, KATIE LEWIS, sworn and testified on behalf of the
   Defendant.

**X** Court stated findings/reasons pursuant to sentencing
   guidelines.

**X** Imprisoned for a period of **5 days with credit for time served.**

**X** Defendant to serve term of supervised release of **3** years, under
   the usual terms and conditions and the following special
   conditions:
   1. Defendant shall serve a period of twelve consecutive months
   on home confinement with electronic monitoring. This period
   shall be served during the first two years of supervised
   release commencing at such time as defendant has a place of
   residence suitable for home confinement as determined by the
   probation officer. Defendant shall be allowed to leave his
   residence for medical care(including physical therapy and
   prosthetic adjustments), to look for a job, to work and to
   attend religious services.

Continued on next page

DATE: **2/1/06**              DEPUTY CLERK'S INITIALS: **SE**

```
                    CONTINUATION - PAGE 2
    U.S.A. vs. RICHARD VAN TRUMP     CASE NO. 3:05-cr-00071 JWS
                     IMPOSITION OF SENTENCE
                        February 1, 2006


    2. The defendant shall cooperate in the collection of a DNA
    sample from the defendant as directed by the probation
    officer.
    3. In addition to submitting to drug testing in accordance
    with the Violent Crime Control and Law Enforcement Act of
    1994, the defendant shall participate in either or both
    inpatient or outpatient treatment programs approved by the
    United States Probation Office for substance abuse treatment,
    which program shall include testing to determine whether the
    defendant has reverted to the use of drugs or alcohol.  At the
    direction of the probation officer, the defendant may be
    required to pay for all or a portion of any treatment program.
    4. The defendant shall submit to a warrantless search of his
    person, residence, vehicle, personal effects, place of
    employment, and other property by a federal probation or
    pretrial services officer or other law enforcement officer,
    based upon reasonable suspicion of contraband or a violation
    of a condition of supervision.  Failure to submit to a search
    may be grounds for revocation.
       5. The defendant shall not possess a firearm, destructive
device, or other weapon.

X Special Assessment $100, due immediately.

At 11:03 a.m. court adjourned.



NOTE: WITNESS LIST to be filed separately.
```

DATE: 2/1/06    DEPUTY CLERK'S INITIALS: SE